

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Regis Possino DEFENDANT(S). | CASE NUMBERS CR 13-48 / 13-62 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **February 21, 2013**, at **9:30** ☒ a.m. / ☐ p.m. before the Honorable **Jacqueline Chooljian**, in Courtroom **20, 312 N. Spring St. LA, CA 90012**

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **2/13/13**

U.S. District Judge/Magistrate Judge