ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JAMES A. BOWMAN (Cal. Bar No. 220227)
PETER W. BALDWIN (Cal. Bar No. 245819)
ARIEL A. NEUMAN (Cal. Bar No. 241594)
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2213/2302/2917/4477
    Facsimile: (213) 894-6269
    E-mail: james.bowman@usdoj.gov
          peter.baldwin@usdoj.gov
          ariel.neuman@usdoj.gov
          mark.aveis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REGIS POSSINO, et al.,<br><br>        Defendants. | No. CR 13-48-SVW<br>No. CR 13-62-SVW<br><br>GOVERNMENT'S SUPPLEMENTAL FILING RE: PRE-TRIAL MOTIONS<br><br>Hearing Date: December 16, 2013<br>Hearing Time: 9:30 a.m. |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHERMAN MAZUR, et al.,<br><br>        Defendants. | |

    On November 18, 2013, the government filed its oppositions to multiple pre-trial motions filed by the defendants in the above-captioned cases.  Several of the defendants' motions contained

overlapping arguments and issues; thus, several of the briefs filed by the government are consolidated oppositions which respond to more than one motion.  In order to assist with the review of the filed briefing, the government submits this guide to its oppositions:

| Opposition Brief | Govt. Brief Docket Number: | Responds To: |
|---|---|---|
| Consolidated Opposition to Defendant Possino's and Defendant Nix's Motions to Suppress Wiretap Evidence [filed under seal] | Possino Docket No. 366<br><br>Mazur Docket No. 354 | • Possino Motions to Suppress Wiretap Evidence (Possino Docket No. 266; Mazur Docket No. 253)<br><br>• Nix Motions to Suppress Wiretap Evidence and Dismiss Counts 1-16 and 23-25 (Possino Docket No. 267; Mazur Docket No. 252) |
| Consolidated Opposition to Defendant Mazur's and Defendant Kaplan's Motions to Suppress Wiretap Evidence | Mazur Docket No. 337 | • Mazur Motion to Suppress Wiretap Evidence and Dismiss Counts 1-15 (Mazur Docket No. 256)<br><br>• Kaplan Motion to Suppress Wiretap Evidence and Dismiss Counts 1-15 (Mazur Docket No. 238) |
| Consolidated Opposition to Motions to Dismiss Counts and Strike Allegations Based on Purported Violations of 18 U.S.C. § 2517(5) | Possino Docket No. 334<br><br>Mazur Docket No. 333 | • Platt Motion to Dismiss for Violation of 18 U.S.C. § 2517(5) (Mazur Docket No. 247)<br><br>• Mazur Motion to Dismiss Counts 1-15 (Mazur Docket No. 257)<br><br>• Kaplan Motion to Suppress Evidence and Dismiss Counts 1-15 (Mazur Docket No. 238) |

2

|  |  | • Nix Motion to Suppress Evidence and Dismiss Counts 1-16 and 23-25 (Possino Docket No. 267; Mazur Docket No. 252) |
|---|---|---|
| Consolidated Opposition to Motions for Bill of Particulars | Possino Docket No. 335<br><br>Mazur Docket No. 336 | • Mazur Motion for Bill of Particulars (Mazur Docket No. 255)<br><br>• Kaplan Motion for Bill of Particulars (Mazur Docket No. 244)<br><br>• Davis/Possino Motions for Bill of Particulars (Possino Docket Nos. 263, 315; Mazur Docket Nos. 237, 320) [1] |
| Consolidated Opposition to Defendant Kaplan's and Defendant Davis' Motions to Dismiss | Possino Docket No. 336<br><br>Mazur Docket No. 335 | • Kaplan Motion to Dismiss (Mazur Docket No. 243)<br><br>• Davis Motion to Dismiss (Mazur Docket No. 253) |
| Opposition to Defendant Platt's Motion to Unseal Grand Jury Transcripts | Mazur Docket No. 334 | • Platt Motion to Unseal Grand Jury Transcripts (Mazur Docket No. 247) |

In addition, the government filed, under seal, a consolidated set of wiretap exhibits - consisting of the wiretap applications,

---

[1] After filing of his pretrial motions, defendant Davis pled guilty to count one in the indictment in the Mazur case. After pleading guilty, defendant Davis withdrew his pretrial motions in both the Possino and Mazur cases. Defendant Possino originally joined in defendant Davis' Motion for a Bill of Particulars and did not filed his own motion. However, after defendant Davis pled guilty and withdrew his motions, defendant Possino requested leave to file his own motion, which raised the same arguments that were set forth in defendant Davis' original motion.

orders, and interim reports for the case – that are referenced in multiple of the opposition briefs listed above. (See Docket No. 339 in Possino and Docket No. 341 in Mazur.)

Dated: December 6, 2013          Respectfully submitted,

                                       ANDRÉ BIROTTE JR.
                                       United States Attorney

                                       ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                              /s/
                                       JAMES A. BOWMAN
                                       PETER W. BALDWIN
                                       ARIEL A. NEUMAN
                                       MARK AVEIS
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA